```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
Vernon Neil,                              :
                    Petitioner,           :
                                          :     07 Civ. 6685
        -v-                               :     (DLC)(FM)
                                          :
James Walsh, Supt.,                       :     ORDER OF
                                          :     REFERENCE TO A
                    Respondent.           :     MAGISTRATE JUDGE
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

___ Specific Non-Dispositive Motion/Dispute*

_____

_____

___ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

_x_ Habeas Corpus

___ Settlement*

___ Social Security

___ Inquest After Default/Damages Hearing

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:

_____

SO ORDERED:

Dated:   New York, New York
         August 6, 2007

_____
DENISE COTE
United States District Judge