**OFFICE OF THE DISTRICT ATTORNEY, Bronx County**

ROBERT T. JOHNSON
*District Attorney*

198 East 161st Street
Bronx, New York 10451

(718) 590-2000
Fax 590-6523

October 1, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/07

**MEMO ENDORSED**

**VIA FAX**

Hon. Frank Maas
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 740
New York, New York 10007

Re:    Vernon Neil v. James Walsh, Supt.
       07 Civ. 6685 (DLC)

Your Honor:

On September 4, 2007, I was assigned to respond to the above-referenced pro se petition for a writ of habeas corpus. Pursuant to the Honorable Denise Cote's Order, my answer to the petition is due on October 5, 2007. I am respectfully requesting a ninety-day extension, until January 3, 2008, to file my answer. There have been no prior requests made for an extension.

I am requesting this extension because I require the trial and sentencing transcripts to adequately respond to the allegations in the petition, but because the transcripts are currently in an off-site storage facility, I will not receive the transcripts for several more weeks. Additionally, Judge Cote's order directs the respondent to file the transcripts with our answer to the petition.

I, therefore, respectfully request that Your Honor grant my extension request, to January 3, 2008, for me to file a full answer to the petition. I do intend to file my answer as expeditiously as possible, and hope not to require any further extensions. Thank you for your consideration in this matter.

Respectfully,

Tracy Siligmueller
Assistant District Attorney
718-590-2052

*So ordered. Mr. Neil*
*May, if he wishes, file*
*reply papers by February*
*1, 2008.*
*Maas, USMJ,*
*10/1/07*

cc:    Vernon Neil
       DIN: 97-A-2322
       Sullivan Correctional Facility
       Box 116, Riverside Drive
       Fallsburg, New York 12733-0116