

MEMO ENDORSED

Date: 01-09-08

Hon: Frank Maas, U.S.M.J.
New York, N.Y. 10007

APPLICATION GRANTED
SO ORDERED

Frank Maas, USMJ 1/15/08

Vernon Neil(Pro Se)
97-A-2322
Sull. Corr. Fac.
325 Riverside Drive
Fallsburg, N.Y. 17233-0116

Re: Vernon Neil v James Walsh,Supt.
    07 Civ. 6685 (DLC)

Your Honor:
       On October 1/07, you granted to the Respondent, an extension of ninety-days in which to reply to the above case. Please be informed of the fact, that the above Petitioner received the said response from the respondent on January 8-2008.

       Included in that response, is an extensive brief of which requires much research and time consumming work on the part of Petitioner in order to present a reply in response thereto, that will also show the People violated substantial constitutional rights of the herein Petitioner in order to have effected the now present conviction of which will be shown and proved in the herein Petitioner's response. Therefore, Petitioner respectfully requests an extension of time until March First (1st)2008.

       Please be also informed, that the within Petitioner is being assisted by an appointed Legal Assistant, and the caseload of the assistance is presently backlogged with eight (8) various forms of cases in different courts. Some of those cases require immediate attention due to the pending statute of limitations requirements.
       Therefore, the above request is predicated upon the same in seeking the extension.
               Your kind consideration in this matter is deeply appreciated by the Petitioner and the Legal Assistant.

                                           Very Truly Your's

cc                                         Vernon Neil,
Tracy Siligmueller, A.D.A.                 with/Legal Asst.
198 East 161st.Street
Bronx, New York 10451